United States District Court
For the Northern District of California

1
2
3
4
5
6                        IN THE UNITED STATES DISTRICT COURT
7
8                      FOR THE NORTHERN DISTRICT OF CALIFORNIA
9    WALLACE ANDERSON,
10              Plaintiff,                            No. C 13-02709 JSW
11       v.
12   DEPUTY ORTHOPAEDICS, INC.,                       **ORDER CONTINUING HEARING**
13              Defendant.
     _____/
14
15          Now before the Court are: (1) the motion to stay pending transfer to the Multidistrict
16   Litigation ("MDL") No. 2244, *In re: DePuy Orthopaedics, Inc., Pinnacle Hip Implant Products*
17   *Liability Litigation*, in the United States District Court for the Northern District of Texas, filed
18   by Defendants DePuy Orthopaedics, Inc., DePuy Inc., Johnson & Johnson Services, Inc., and
19   Johnson & Johnson and (2) the motion to remand filed by Wallace Anderson.
20          The Court HEREBY CONTINUES the hearings on the motions from August 9, 2013 to
21   November 15, 2013 at 9:00 a.m.  If the Court finds either of the motions suitable for disposition
22   without oral argument, it will notify the parties in advance of the new hearing date.
23          **IT IS SO ORDERED.**
24
25   Dated:   August 5, 2013                          _____
26                                                    JEFFREY S. WHITE
                                                      UNITED STATES DISTRICT JUDGE
27
28